# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: ALEXANDER LOUIS BEDNAR,<br><br>Debtor. | Case Number: 15-11916 TRC<br>Chapter 7<br><br>Adv. Proc. No.: 18-01096 |

## DEBTOR'S WAIVER OF CONFLICT

COMES NOW Debtor and hereby waives any conflict regarding creditor Tinker Federal Credit Union and the Court, for purposes of an emergency matter in this adversarial proceeding, which involves Debtor's homestead, and not a vehicle which was subject to a loan at Tinker Federal Credit Union and previously tendered in the original bankruptcy.

To the extent the Court had a conflict with Tinker Federal Credit Union's attorney, as that debt was previously discharged in the original proceeding, and has no bearing in this adversarial proceeding involving the homestead, Debtor waives any perception of conflict as well.

Respectfully submitted,

/s/ Alexander Bednar
Alexander Bednar, OBA #19635
BEDNAR LAW FIRM
15721 Via Bella
Edmond, OK 73013
405 420 9030
Representing Debtor (self)

1