Official Form 416B (12/15)

# Form 416B CAPTION (Short Title)

*(May be used if 11 U.S.C. § 342(c) is not applicable)*

FILED
2018 OCT 18 P 3:09

## United States Bankruptcy Court

_WESTERN_ District Of _OKLAHOMA_

In re _Alexander Bednar_,
Debtor

Case No. _15-11916 TRC_

Chapter _7_

Adv. Proc No. 18-01096

Alexander Bednar
v.
Franklin American Mortgage Co.
et al

*[Designation of Character of Paper]*

Return of Service

on Franklin American Mortgage

_[signature]_
DEBTOR

Su r Cuyut
155 PM

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, __John Shadw__ (name), certify that service of this summons and a copy of the complaint was made __10-18-18__ (date) by:

- ☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

- ☑ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at: __Kay Chapman, agent in charge 1433 S. Mango Rd. OKC 73128 10/18/18 at 2:10 PM__

- ☐ Residence Service: By leaving the process with the following adult at:

- ☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

- ☐ Publication: The defendant was served as follows: [Describe briefly]

- ☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __10-18-18__    Signature __John Shadw__

Print Name: __John Chad.d__

Business Address: __220 N. Harvey OKC 73108__

PSS
201788

s/ [initials]

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF OKLAHOMA

**FILED**
Oct. 17, 2018
Grant E. Price, Clerk
U.S. Bankruptcy Court
Western District of Oklahoma

IN RE:

Alexander Louis Bednar
    Debtor(s).

Case Number: 15-11916 – TRC
Chapter 7

Alexander L. Bednar
    Plaintiff(s)

v.

Adv. Number: 18-01096 – TRC

Franklin American Mortgage Company et al.
    Defendant(s)

## SUMMONS IN AN ADVERSARY PROCEEDING

**Summons Issued on Franklin American Mortgage Company**

YOU ARE SUMMONED and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

Address of Clerk:
    Clerk, U.S. Bankruptcy Court
    Western District of Oklahoma
    215 Dean A. McGee Avenue
    Oklahoma City, OK 73102

At the same time, you must also serve a copy of the motion or answer upon the attorney for the plaintiff.

Name and Address of Attorney for the Plaintiff:
Alexander L. Bednar
15721 Via Bella
Edmond, OK 73013

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.



Date Issued: October 17, 2018

FOR THE COURT
Grant E. Price
Court Clerk

By: s/ Melissa E. Morgan
Deputy Clerk