Official Form 416B (12/15)

## Form 416B  CAPTION (Short Title)

(May be used if 11 U.S.C. § 342(c) is not applicable)

FILED
2018 OCT 18 P 3:45

## United States Bankruptcy Court

__Western__ District Of __Oklahoma__

In re __Alexander Louis Bednar__
Debtor

Alexander Bednar

v.

Franklin American Mortgage
Oklahoma County Sheriff et al

[Designation of Character of Paper]

Case No. __15-11916 TRC__

Chapter __7__

ADV Proc No 18-01096



WAIVER OF CONFLICT

DEBTOR IS PERSONALLY AWARE THAT JUDGE HALL IS MARRIED TO THE ATTORNEY FOR CREDITOR Tinker Federal Credit Union, who in the original case had a security interest in a vehicle that was tendered. Debtor absolutely and totally in any fashion whatsoever, hereby waives any conflict, real, actual or perceived, regarding judge Hall. Debtor waives any and all conflict and understands this waiver is not appealable.

/s/ Alexander Bednar
DEBTOR