Official Form 416B (12/15)

## Form 416B  CAPTION (Short Title)

(May be used if 11 U.S.C. § 342(c) is not applicable)

FILED
2018 OCT 18 P 3:45
[clerk stamp]
AO

## United States Bankruptcy Court

_Western_ District Of _Oklahoma_

In re _Alexander Bednar_,
Debtor

_Alexander Bednar_

v.

Franklin American Mortgage
Oklahoma County Sheriff
Federal National Mortgage Assoc

Case No. _15-11916_ TRC

Chapter _7_

ADV PROC 18-01096

[Designation of Character of Paper]

## EMERGENCY MOTION

Debtor hereby incorporates by reference the Petition in the adversarial proceeding herein, and requests an immediate audience with the court, to prevent injustice, and seek a stay of enforcement by the Oklahoma County Sheriff and creditor Franklin American, from removing personal property in the homestead, and to allow Debtor access to homestead until a hearing on the merits.

and Federal National Mortgage Assoc

/s/ DEBTOR