Official Form 416B (12/15)

FILED

## Form 416B CAPTION (Short Title)

(May be used if 11 U.S.C. § 342(c) is not applicable)

2018 OCT 23 P 3: 31

CLERK
BANKRUPTCY COURT
WESTERN DIST OF OK
mm

## United States Bankruptcy Court

WESTERN District Of OKLAHOMA

In re ALEXANDER LOUIS BEDNAR,

Debtor

Case No. 15-11916

Chapter 7

ALEXANDER BEDNAR
v.
FRANKLIN AMERICAN et al

[Designation of Character of Paper]

ADV. PRO. 18-01096

## RETURN OF SERVICE

PLEASE TAKE NOTICE THAT PURSUANT TO OKLAHOMA STATE LAW (12 OS § 2004.3) I PROPERLY SERVED FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE) WITH A SUMMONS AND A COPY OF THE COMPLAINT.

THE OVERNIGHT CARRIER FED EX DELIVERED THE DOCUMENTS AT 10:35 AM ON OCTOBER 23, 2018 AND SIGNED BY "M. AMAYA" THUS PROPER SERVICE OCCURRED

/s/ Alex B.
DEBTOR

B2500A (Form 2500A) (12/15)

## CERTIFICATE OF SERVICE

I, __Alex Bednar__ (name), certify that service of this summons and a copy of the complaint was made __10-23-2018__ (date) by: __at 10:35 am__ _and Motion to Dismiss letter_

☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☑ State Law: The defendant was served pursuant to the laws of the State of __Oklahoma__, as follows: [Describe briefly] _Pursuant to Title 12 Okla Stat Ann §2004.3, which allows for overnight courier. The summons and complaint were sent by FedEx and signed on Oct 23, 2018 by M. Amaya effectuating proper service_

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __10-23-2018__   Signature _____

Print Name: __Alex Bednar__

Business Address: __15721 Via Bella__
__Edmond OK 73013__

_See attached proof of service by overnight carrier._

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF OKLAHOMA

**FILED**
Oct. 17, 2018
Grant E. Price, Clerk
U.S. Bankruptcy Court
Western District of Oklahoma

**IN RE:**

**Alexander Louis Bednar**
Debtor(s).

Case Number: 15-11916 – TRC
Chapter 7

**Alexander L. Bednar**
Plaintiff(s)

v.

Adv. Number: 18-01096 – TRC

**Franklin American Mortgage Company et al.**
Defendant(s)

## SUMMONS IN AN ADVERSARY PROCEEDING

### Summons Issued on Federal National Mortgage Association

YOU ARE SUMMONED and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

Address of Clerk:
Clerk, U.S. Bankruptcy Court
Western District of Oklahoma
215 Dean A. McGee Avenue
Oklahoma City, OK 73102

At the same time, you must also serve a copy of the motion or answer upon the attorney for the plaintiff.

Name and Address of Attorney for the Plaintiff:
Alexander L. Bednar
15721 Via Bella
Edmond, OK 73013

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.



Date Issued: October 17, 2018

FOR THE COURT
Grant E. Price
Court Clerk

By: s/ Melissa E. Morgan
Deputy Clerk



October 23, 2018

Dear Customer:

The following is the proof-of-delivery for tracking number **783379754544**.

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | FedEx Location |
| **Signed for by:** | M. AMAYA | **Delivery location:** | WASHINGTON, DC |
| **Service type:** | FedEx Standard Overnight | **Delivery date:** | Oct 23, 2018 10:35 |
| **Special Handling:** | Hold at Location | | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 783379754544 | **Ship date:** | Oct 22, 2018 |
| | | **Weight:** | 2.0 lbs/0.9 kg |

**Recipient:**
WASHINGTON, DC US

**Shipper:**
Edmond, OK US

Thank you for choosing FedEx.