Dated: October 29, 2018

The following is ORDERED:



Tom R. Cornish
U.S. Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:
ALEXANDER LOUIS BEDNAR,  Case No. 15-11916-TRC
                         Chapter 7

          Debtor.

ALEXANDER L. BEDNAR,

          Plaintiff,

vs.                                   Adv. No. 18-01096-TRC

FRANKLIN AMERICAN MORTGAGE
COMPANY, FEDERAL NATIONAL
MORTGAGE ASSOCIATION,
OKLAHOMA COUNTY SHERIFF,
AND RCB BANK,

          Defendants.

### ORDER AND NOTICE OF TELEPHONIC HEARING

Before the Court is the Request for Expedited Hearing and Shortened Response Time Regarding Injunction Pending Hearing on the Merits filed by the Plaintiff on October 23, 2018,

(Docket Entry 15).  After review, this Court finds that the Request for Expedited Hearing should be granted.

IT IS THEREFORE ORDERED that a Telephonic Hearing is hereby set for **Thursday, November 1, 2018, 10:15 a.m.  Parties are directed to use the conference call-in number:   888-684-8852; access code: 8488521; security code 1347.**

Responses may be filed by **5:00 p.m. October 31, 2018**.

###