Official Form 417A (12/15)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

In re: ALEXANDER LOUIS BEDNAR,

Debtor.

BAP No.

Case Number: 15-11926 TRC
Chapter 7

Alexander L. Bednar
   Plaintiff

v

Franklin American Mortgage Company
Federal National Mortgage Association
Oklahoma County Sheriff
RCB Bank
   Defendants

Adv. Proc. No: 18-1096

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): Alexander Bednar

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in an adversary proceeding. | For appeals in a bankruptcy case and not in an adversary proceeding. |
|---|---|
| X Plaintiff<br>_ Defendant<br>_ Other (describe) _____ | _ Debtor<br>_ Creditor<br>_ Trustee<br>_ Other (describe) _____ |

### Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from:

   Order denying request for injunction during case, issued <u>November 8, 2018</u>; and

   Order dismissing adversarial proceeding with prejudice, issued <u>November 9, 2018</u>

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: RCB Bank  
Attorney: Scott Kirtley  
Riggs Abney Law Firm  
503 West 6th Street  
Tulsa Oklahoma 74119-1010

2. Party: Franklin American Mortgage  
Attorney: Don Timberlake  
PO Box 18486  
Oklahoma City OK 73154-05486

3. Party: Fannie Mae  
Attorney: Don Timberlake  
PO Box 18486  
Oklahoma City OK 73154-05486

4. Party: Oklahoma County Sheriff  
Attorney: Rod Heggy  
320 Robert S. Kerr, Room 505  
Oklahoma City OK 73102

### Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

___ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

### Part 5: Sign below

_____   Date: 11-21-2018  
Appellant

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):

Alexander Bednar  
15721 Via Bella  
Edmond OK 73013  
405 420 9030

Official Form 417A        Notice of Appeal and Statement of Election

, Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

## NOTICE AND OPPORTUNITY FOR HEARING

YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THIS DOCUMENT CAREFULLY AND CONSULT YOUR ATTORNEY ABOUT YOUR RIGHTS AND THE EFFECT OF THIS DOCUMENT. IF YOU DO NOT WANT THE COURT TO GRANT THE REQUESTED RELIEF, OR YOU WISH TO HAVE YOUR VIEWS CONSIDERED, YOU MUST FILE A WRITTEN RESPONSE OR OBJECTION TO THE REQUESTED RELIEF WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF OKLAHOMA, 215 DEAN A. MCGEE AVENUE, OKLAHOMA CITY, OK 73102, NO LATER THAN 14 DAYS FROM THE DATE OF FILING OF THIS REQUEST FOR RELIEF, UNLESS ORDERED SOONER BY SEPARATE ORDER. YOU SHOULD ALSO SERVE A FILE-STAMPED COPY OF YOUR RESPONSE OR OBJECTION ON THE UNDERSIGNED MOVANT (AND OTHERS WHO ARE REQUIRED TO BE SERVED) AND FILE A CERTIFICATE OF SERVICE WITH THE COURT. IF NO RESPONSE OR OBJECTION IS TIMELY FILED, THE COURT MAY GRANT THE REQUESTED RELIEF WITHOUT A HEARING OR FURTHER NOTICE.

THE 14 DAY PERIOD DESCRIBED ABOVE INCLUDES THE THREE (3) DAYS ALLOWED FOR MAILING PROVIDED FOR IN BANKRUPTCY RULE 9006 (F).

## CERTIFICATE OF SERVICE

Undersigned certifies that on 11-21-2018 the foregoing document was served, via United States Mail, 1st class postage pre-paid, and properly addressed to the following:

Oklahoma County District Attorney
c/o Rod Heggy
320 Robert S Kerr
County Building, 5th Floor
Oklahoma City OK 73102
Attorney for Oklahoma County Sheriff

Don Timberlake
PO Box 18486
Oklahoma City, OK 73154-0486
Attorney for Franklin American
and Fannie Mae in state court

Scott Kirtley, Esq
Riggs Abney Law Firm
502 W. 6th Street
Tulsa, OK 74119-1010

RCB Bank
300 W. Patti Page
Claremore, OK 74017

/s/ _____

Alexander Bednar / Debtor
15721 Via Bella
Edmond, OK 73013      405 420 9030
bednarconsult@gmail.com

Official Form 417A        Notice of Appeal and Statement of Election