IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| In re: ALEXANDER LOUIS BEDNAR, | BAP No. |
|---|---|
| Debtor.   2018 NOV 21 P 4: 12 | Case Number: 15-11916 TRC<br>Chapter 7 |
| Alexander L. Bednar<br>    Plaintiff<br>v | Adv. Proc. No: 18-1096 |

Franklin American Mortgage Company
Federal National Mortgage Association
Oklahoma County Sheriff
RCB Bank
    Defendants

### Designation of Items to be Included in the Record on Appeal

_____Appellant _Alexander Bednar_ pursuant to Federal Rule of Bankruptcy Procedure
    [*Appellant or Appellee*]

8009(a), hereby designates the following items to be included in the record on appeal:


1.    Please see the attached docket sheet with items circled


> Note: Many bankruptcy courts allow a party to file a copy of the docket report, with the selected items indicated with a circle or asterisk. Check with your local bankruptcy court for any applicable requirements of form.

Respectfully submitted,

Alexander Bednar
15721 Via Bella
Edmond, OK 73013
405 420 9030
Representing Plaintiff (self) / Appellant

## NOTICE AND OPPORTUNITY FOR HEARING

YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THIS DOCUMENT CAREFULLY AND CONSULT YOUR ATTORNEY ABOUT YOUR RIGHTS AND THE EFFECT OF THIS DOCUMENT. IF YOU DO NOT WANT THE COURT TO GRANT THE REQUESTED RELIEF, OR YOU WISH TO HAVE YOUR VIEWS CONSIDERED, YOU MUST FILE A WRITTEN RESPONSE OR OBJECTION TO THE REQUESTED RELIEF WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF OKLAHOMA, 215 DEAN A. MCGEE AVENUE, OKLAHOMA CITY, OK 73102, NO LATER THAN 14 DAYS FROM THE DATE OF FILING OF THIS REQUEST FOR RELIEF, UNLESS ORDERED SOONER BY SEPARATE ORDER. YOU SHOULD ALSO SERVE A FILE-STAMPED COPY OF YOUR RESPONSE OR OBJECTION ON THE UNDERSIGNED MOVANT (AND OTHERS WHO ARE REQUIRED TO BE SERVED) AND FILE A CERTIFICATE OF SERVICE WITH THE COURT. IF NO RESPONSE OR OBJECTION IS TIMELY FILED, THE COURT MAY GRANT THE REQUESTED RELIEF WITHOUT A HEARING OR FURTHER NOTICE.

THE 14 DAY PERIOD DESCRIBED ABOVE INCLUDES THE THREE (3) DAYS ALLOWED FOR MAILING PROVIDED FOR IN BANKRUPTCY RULE 9006 (F).

## CERTIFICATE OF SERVICE

Undersigned certifies that on 11-21-2018 the foregoing document was served, via United States Mail, 1st class postage pre-paid, and properly addressed to the following:

Oklahoma County District Attorney
c/o Rod Heggy
320 Robert S Kerr
County Building, 5th Floor
Oklahoma City OK 73102
Attorney for Oklahoma County Sheriff

Don Timberlake
PO Box 18486
Oklahoma City, OK 73154-0486
Attorney for Franklin American
and Fannie Mae in state court

Scott Kirtley, Esq
Riggs Abney Law Firm
502 W. 6th Street
Tulsa, OK 74119-1010

RCB Bank
300 W. Patti Page
Claremore, OK 74017

/s/ _____
Alexander Bednar / Debtor
15721 Via Bella
Edmond, OK 73013      405 420 9030
bednarconsult@gmail.com

**DISMISSED**

# U.S. Bankruptcy Court
# Western District of Oklahoma (Oklahoma City)
# Adversary Proceeding #: 18-01096

*Assigned to:* Tom R. Cornish
*Lead BK Case:* <u>15-11916</u>
*Lead BK Title:* Alexander Louis Bednar
*Lead BK Chapter:* 7
*Demand:*

*Date Filed:* 10/17/18
*Date Dismissed:* 11/09/18

*Nature[s] of Suit:*  72 Injunctive relief - other

### *Plaintiff*
----------------------
**Alexander L. Bednar**
15721 Via Bella
Edmond, OK 73013

represented **Alexander L. Bednar**
by PRO SE

V.

### *Defendant*
----------------------
**Franklin American Mortgage Company**

represented **Franklin American Mortgage Company**
by PRO SE

### *Defendant*
----------------------
**Federal National Mortgage Association**

represented **Jim Timberlake**
by Baer & Timberlake PC
4200 Perimeter Center Drive, Suite 100
Oklahoma City, OK 73112
(405) 842-7722
Email: <u>jim@baer-timberlake.com</u>

**Defendant**
-----------------------
**Oklahoma County**        represented **Carri A Remillard - Paper Filer**
**Sheriff**                                   by Assistant District Attorney
                                                    320 Robert S Kerr Suite 505
                                                    Oklahoma City, OK 73102
                                                    (405) 713-1600
                                                    *LEAD ATTORNEY*

**Defendant**
-----------------------
**RCB Bank**                  represented **Scott P. Kirtley**
                                                    by Riggs, Abney
                                                    502 West 6th Street
                                                    Tulsa, OK 74119-1016
                                                    (918) 587-3161
                                                    Fax : (918) 587-9708
                                                    Email: skirtleyattorney@riggsabney.com

| Filing Date | # | Docket Text |
|---|---|---|
| 10/17/2018 | 1 (129 pgs) | Adversary case 18-01096. (72 (Injunctive relief - other)} **Complaint** by Alexander L. Bednar against Franklin American Mortgage Company, Federal National Mortgage Association, Oklahoma County Sheriff. Exempt from fees. (mmorg, ca) (Entered: 10/17/2018) |
| 10/17/2018 | 2 (2 pgs) | Cover Sheet for Complaint Filed by Alexander L. Bednar (RE: related document(s)1 Complaint). (mmorg, ca) (Entered: 10/17/2018) |
| 10/17/2018 | 3 (1 pg) | Summons Issued on Franklin American Mortgage Company. (mmorg, ca) (Entered: 10/17/2018) |

| | | |
|---|---|---|
| 10/17/2018 | 4 (1 pg) | Summons Issued on Federal National Mortgage Association. (mmorg, ca) (Entered: 10/17/2018) |
| 10/17/2018 | 5 (1 pg) | Summons Issued on Oklahoma County Sheriff. (mmorg, ca) (Entered: 10/17/2018) |
| 10/18/2018 | 6 (1 pg) | *Debtors Waiver of Conflict* Filing was Authorized. Filed by Alexander L. Bednar. (aserj, ca) (Entered: 10/18/2018) |
| 10/18/2018 | 7 (3 pgs) | Summons Service Executed Party Served: Franklin American Mortgage Company Date Served: 10/18/18 Type of Service: Personal Service (aserj, ca) (Entered: 10/18/2018) |
| 10/18/2018 | 8 (3 pgs) | Summons Service Executed Party Served: Oklahoma County Sheriff Date Served: 10/18/18 Type of Service: Personal Service (aserj, ca) (Entered: 10/18/2018) |
| 10/18/2018 | 9 (1 pg) | *Waiver of Conflict* Filing was Authorized. Filed by Alexander L. Bednar. (aowen, ca) (Entered: 10/18/2018) |
| 10/18/2018 | 10 (1 pg) | Motion *for Immediate Audience with the Court.* Filed by Alexander L. Bednar (aowen, ca) (Entered: 10/18/2018) |
| 10/19/2018 | 11 | **Virtual Minutes of Hearing held on: 10/19/2018 Subject:** CONFLICT WAIVER FILED 10/18/18 (DOC 9)-JUDGE HALL HEARING FOR JUDGE CORNISHEMERGENCY MOTION (DOC 10) FILED BY PLAINTIFF (PRO |

| | | |
|---|---|---|
| | | SE).<br>**Appearances:** ALEXANDER LOUIS BEDNAR, PLAINTIFF, PRO SE.<br>**Proceedings Electronically Recorded by:** ECR ONLY<br>**Proceedings:** Conflict Waiver filed 10/18/18 (Doc 9). Judge Hall heard matter for Judge Cornish. For the reasons stated on the record, the emergency motion (Doc 10) is denied. Order to be entered by the Court. (vCal Hearing ID (192487)). (related document(s)10) (dcalv) (Entered: 10/22/2018) |
| 10/22/2018 | | Judge Sarah A. Hall added to case. Involvement of Judge Tom R. Cornish Terminated. (jtho) (Entered: 10/22/2018) |
| 10/22/2018 | | Judge Tom R. Cornish added to case. Involvement of Judge Sarah A. Hall Terminated. (jtho) (Entered: 10/22/2018) |
| 10/22/2018 | 12 (4 pgs; 2 docs) | Order Denying Motion *Emergency* (Related Doc # 10) Signed by Judge Hall. Time signed: 14:18 cc: All interested parties. Service by je Date: 10/22/2018 (jebe, ca) (Entered: 10/22/2018) |
| 10/23/2018 | 13 (3 pgs) | *Supplemental Petition* Filing was Authorized. Filed by Alexander L. Bednar. (jebe, ca) (Entered: 10/23/2018) |
| 10/23/2018 | 14 (1 pg) | Summons Issued on RCB Bank. (jebe, ca) (Entered: 10/23/2018) |
| 10/23/2018 | 15 (32 pgs) | Request for Hearing *Request for Expedited Hearing and Shortened* |

| Date | Doc # | Description |
|---|---|---|
| | | *Response Time Regarding Injunction Pending Hearing on the Merits* With Certificate of Service, With Notice and Opportunity for Hearing, Filed by Alexander L. Bednar. (jebe, ca) (Entered: 10/24/2018) |
| 10/23/2018 | 16 (4 pgs) | Summons Service Executed Party Served: Federal National Mortgage Association Date Served: 10/23/2018 (jebe, ca) (Entered: 10/24/2018) |
| 10/24/2018 | 17 (4 pgs) | BNC Certificate of Mailing. (RE: related document(s)12 Order on Motion For Miscellaneous Relief) No. of Notices: 1. Notice Date 10/24/2018. (Admin.) (Entered: 10/24/2018) |
| 10/25/2018 | 18 (1 pg) | Certificate of Service Filed by Alexander L. Bednar (RE: related document(s)13 Generic Document, 15 Request for Hearing). (jebe, ca) (Entered: 10/25/2018) |
| 10/25/2018 | 19 (2 pgs) | Certificate of Service Filed by Alexander L. Bednar (RE: related document(s)15 Request for Hearing). (jebe, ca) (Entered: 10/25/2018) |
| 10/25/2018 | 20 (3 pgs) | Summons Service Executed Party Served: RCB Bank Date Served: October 24, 2018 (jebe, ca) (Entered: 10/25/2018) |
| 10/25/2018 | 21 (11 pgs) | *Brief in Support of Motion to Shorten Notice and Time During Which Parties at Interest May Object to Debtor's Motion for Expedited Hearing Regarding Injunction Pendent Lite and Brief in Support Thereof* with Certificate of Service. Filing was Authorized. Filed by |

| | | |
|---|---|---|
| | | Alexander L. Bednar (RE: related document(s)15 Request for Hearing). (jebe, ca) (Entered: 10/25/2018) |
| 10/25/2018 | 22 (4 pgs) | Affidavit with Certificate of Service *In Support of Shortening Time and Notice Periods.* Filed by Alexander L. Bednar (RE: related document(s)15 Request for Hearing). (dcus, ca) (Entered: 10/25/2018) |
| 10/29/2018 | 23 (3 pgs, 2 docs) | Order to Set Hearing Signed by Judge Cornish. Time signed: 13:48 cc: All interested parties. Service by je Date: 10/29/2018 (RE: related document(s)15 Request for Hearing filed by Plaintiff Alexander L. Bednar). Hearing to be held on 11/1/2018 at 10:15 AM Telephonically for 15, (jebe, ca) (Entered: 10/29/2018) |
| 10/31/2018 | 24 (7 pgs) | Response to (related document(s): 1 Complaint filed by Plaintiff Alexander L. Bednar) . Filed by Jim Timberlake of Baer & Timberlake PC on behalf of Federal National Mortgage Association with Certificate of Service (Timberlake, Jim) (Entered: 10/31/2018) |
| 10/31/2018 | 25 (2 pgs) | Notice of Appearance and Request for Notice with Certificate of Service Filed by Carri A Remillard - Paper Filer of Assistant District Attorney on behalf of Oklahoma County Sheriff. (jebe, ca) (Entered: 10/31/2018) |
| 10/31/2018 | 26 (10 pgs) | Response to (related document(s): 1 Complaint filed by Plaintiff Alexander L. Bednar) . Filed by Carri A Remillard - Paper Filer of Assistant District Attorney on behalf of |

| | | |
|---|---|---|
| | | Oklahoma County Sheriff with Certificate of Service (jebe, ca) (Entered: 10/31/2018) |
| 10/31/2018 | 27 (10 pgs) | Motion to Dismiss Adversary Proceeding with Certificate of Service Filed by Carri A Remillard - Paper Filer of Assistant District Attorney on behalf of Oklahoma County Sheriff (jebe, ca) (Entered: 10/31/2018) |
| 10/31/2018 | 28 (8 pgs) | Notice of Appearance and Request for Notice *and Reponse to Request for Hearing and Shortened Response Time Regarding Injunction Pending Hearing on Merits* with Certificate of Service Filed by Scott P. Kirtley of Riggs, Abney on behalf of RCB Bank. (Kirtley, Scott) (Entered: 10/31/2018) |
| 10/31/2018 | 29 (20 pgs) | Brief/Memorandum In Support with Certificate of Service *with Notice of Opportunity of Hearing. Memorandum of Law in Support of Debtor's Request for Injunction Pendent Lite and this Court's Ability to Issue Injunctive Relief.* Filed by Alexander L. Bednar (RE: related document(s)1 Complaint). (jebe, ca) (Entered: 10/31/2018) |
| 10/31/2018 | 30 (2 pgs) | Statement of Corporate Ownership filed. Filed by Scott P. Kirtley of Riggs, Abney on behalf of RCB Bank. (Kirtley, Scott) (Entered: 10/31/2018) |
| 10/31/2018 | 31 (10 pgs; 2 docs) | Certificate of Service Filed by Jim Timberlake of Baer & Timberlake PC on behalf of Federal National Mortgage Association (RE: related document(s)24 Response). (Attachments: # 1 Exhibit Filed |

| | | |
|---|---|---|
| | | Response to Plaintiff's Request) (Timberlake, Jim) (Entered: 10/31/2018) |
| 10/31/2018 | 32 (3 pgs) | BNC Certificate of Mailing. (RE: related document(s)23 Order to Set Hearing) No. of Notices: 1. Notice Date 10/31/2018. (Admin.) (Entered: 10/31/2018) |
| 11/01/2018 | | **Court Correction Advisory:** Docket Entry 31 Certificate of Service: The PDF image contains a prefix of Corrected that is not indicated in the docket text. No further action is needed at this time. (dwebs, ca) (Entered: 11/01/2018) |
| 11/01/2018 | 33 | **Virtual Minutes of Hearing held on: 11/01/2018 Subject:** TELEPHONIC HEARING RE: REQUEST FOR EXPEDITED HEARING AND SHORTENED RESPONSE TIME REGARDING INJUNCTION PENDING HEARING ON THE MERITS FILED BY PLAINTIFF (PRO SE)BRIEF IN SUPPORT OF MOTION TO SHORTEN NOTICE AND TIME DURING WHICH PARTIES AT INTEREST MAY OBJECT TO DEBTOR'S MOTION FOR EXPEDITED HEARING REGARDING INJUNCTION PENDENT LITE FILED BY PLAINTIFF (DOC 21) (PRO SE)RESP (DOC 24): FEDERAL NATIONAL MORTGAGE ASSOCIATION (JIM TIMBERLAKE)RESP (DOC 26): THE OKLAHOMA COUNTY SHERIFF (CARRI A. REMILLARD)RESP (DOC 28): RCB BANK (SCOTT P. KIRTLEY)MEMORANDUM OF LAW |

Case: 18-01096   Doc: 47   Filed: 11/21/18   Page: 11 of 15

| | | |
|---|---|---|
| | | IN SUPPORT OF DEBTOR'S REQUEST FOR INJUNCTION PENDENT LITE AND THIS COURT'S ABILITY TO ISSUE INJUNCTIVE RELIEF FILED BY PLAINTIFF (DOC 29) (PRO SE). **Appearances**: Alexander L. Bednar, Plaintiff;Special Entries of Appearance by: Jim Timberlake on behalf of Defendants Federal National Mortgage Association and Franklin American Mortgage;Carri A. Remillard for Defendant Oklahoma County Sheriff; Scott K. Kirtley on behalf of Defendant RCB Bank(NOTE: Mr. Timberlake was retained by Franklin American shortly before the hearing). **Proceedings Electronically Recorded by**: DENISE MORROW **Proceedings**: Matter taken under advisement. Plaintiff given until 4:00 p.m. November 2, 2018 to file replies and responses to motions to dismiss. (vCal Hearing ID (192848)). (related document(s)15) (dcalv) (Entered: 11/01/2018) |
| 11/01/2018 | 34 (7 pgs) | Motion to Dismiss Adversary Proceeding *with Prejudice* with Certificate of Service Filed by Jim Timberlake of Baer & Timberlake PC on behalf of Federal National Mortgage Association (aowen, ca) (Entered: 11/01/2018) |
| 11/01/2018 | | **Court Correction Advisory:** Docket Entry 24 Response: The document also contains Motion to Dismiss with Prejudice. All events must be selected at the time of filing. The clerk's office has docketed the Motion to Dismiss |

| | | |
|---|---|---|
| | | with Prejudice as docket entry 34. No further action is needed at this time. (aowen, ca) (Entered: 11/01/2018) |
| 11/02/2018 | 35 (1 pg) | Notice *That Franklin American Mortgage Has Not Responded by October 31* Filed by Alexander L. Bednar. (jebe, ca) (Entered: 11/02/2018) |
| 11/02/2018 | 36 (36 pgs) | Objection to (related document(s): 26 Response filed by Defendant Oklahoma County Sheriff) *Objection to Defendant Sheriff's Response and Failure to Address Key Questions of Unlawfully Augmenting Credit on Judment at Sheriff Sales; Request to Strike Pleading for Inappropriate Ad Hominem Abuse of Attorney: And Suggestion of Questions to Ask Sheriff in Discovery and to Certify to Oklahoma Supreme Court*. Filed by Alexander L. Bednar with Certificate of Service with Notice and Opportunity for Hearing. (jebe, ca) (Entered: 11/02/2018) |
| 11/02/2018 | 37 (9 pgs) | Amended Complaint by Alexander L. Bednar against Federal National Mortgage Association, Franklin American Mortgage Company, Oklahoma County Sheriff, RCB Bank with Certificate of Service. (RE: related document(s)1 Adversary case 18-01096. (72 (Injunctive relief - other)} **Complaint by Alexander L. Bednar against Franklin American Mortgage Company, Federal National Mortgage Association, Oklahoma County Sheriff. Exempt from fees. filed by Plaintiff Alexander L. Bednar).** (jebe, ca) (Entered: 11/02/2018) |

| | | |
|---|---|---|
| 11/02/2018 | <u>38</u><br>(47 pgs) | Combined Objection to (related document(s): 24 Response filed by Defendant Federal National Mortgage Association, 28 Notice of Appearance filed by Defendant RCB Bank) *Combined Objection to Defendants RCB and Fannie Mae's Response and Motion to Dismiss For failure to Address Key Concerns of Their Attorneys Unlawfully Augmenting Credit on Judgment at Sheriff Sale and Other Violations of Law: Request to Convert Pleading to One for Summary Judgement Based on Controverted Fact Issues Not Developed Yet Through Discovery; and Suggestion of Questions to Ask in Discovery and to Certify to Oklahoma Supreme Court.* Filed by Alexander L. Bednar with Certificate of Service with Notice and Opportunity for Hearing. (jcbe, ca) (Entered: 11/02/2018) |
| 11/07/2018 | | **Corrective Entry - Correction needed on docket entry 24 Response. The address for the filing attorney on this document is not the same as the address entered in the filing attorney's CM/ECF account. Local Rule 5005-1 C states that failure to maintain a current mailing address in CM/ECF is grounds for deactivation of an attorney's CM/ECF account. You must update your CM/ECF user account information. Pursuant to Local Rule 9010-1 H, you must file a change of address in this case and all other active cases. If your login information is not corrected and if** |

| | | | |
|---|---|---|---|
| | | | you have not filed a change of address in all active cases, or if you have not provided a written explanation to the Court Clerk's Office for your failure to act by no later than the close of business on 11/8/18, your CM/ECF account will be deactivated. Correction due 11/8/2018. (bsm, ca) (Entered: 11/07/2018) |
| 11/07/2018 | | 39 (12 pgs) | Amended Complaint *Second Amended Complaint* by Alexander L. Bednar against all defendants with Certificate of Service. (RE: related document(s)1 Adversary case 18-01096. (72 (Injunctive relief - other)} Complaint by Alexander L. Bednar against Franklin American Mortgage Company, Federal National Mortgage Association, Oklahoma County Sheriff. Exempt from fees. filed by Plaintiff Alexander L. Bednar). (jebe, ca) (Entered: 11/07/2018) |
| 11/08/2018 | | 40 (11 pgs; 2 docs) | Order *Denying Request for Emergency Relief* Signed by Judge Cornish. Time signed: 12:47 cc All interested parties Service by JE Date: 11/8/2018 (RE: related document(s)15 Request for Hearing filed by Plaintiff Alexander L. Bednar). (jebe, ca) (Entered: 11/08/2018) |
| 11/08/2018 | | 41 (7 pgs) | Corrected Response to (related document(s): 1 Complaint filed by Plaintiff Alexander L. Bednar) and *Motion to Dismiss Adversary Proceeding*. Filed by Jim Timberlake of Baer & Timberlake PC on behalf of Federal National Mortgage Association with Brief in Support with |

| | | |
|---|---|---|
| | | Certificate of Service (Timberlake, Jim) (Entered: 11/08/2018) |
| 11/09/2018 | 42 (12 pgs; 2 docs) | Order Granting Motion to Dismiss Adversary Proceeding 5:2018-ap-1096-TRC (Related Doc # 34) Adversary Proceeding Dismissed. With Prejudice , Granting Motion to Dismiss Adversary Proceeding 5:2018-ap-1096-TRC (Related Doc # 27) Adversary Proceeding Dismissed. With Prejudice Signed by Judge Cornish. Time signed: 11:15 cc: All interested parties Serviced by je Date: 11/9/2018 (jebe, ca) (Entered: 11/09/2018) |
| 11/10/2018 | 43 (11 pgs) | BNC Certificate of Mailing. (RE: related document(s)40 Order) No. of Notices: 4. Notice Date 11/10/2018. (Admin.) (Entered: 11/10/2018) |
| 11/11/2018 | 44 (13 pgs) | BNC Certificate of Mailing. (RE: related document(s)42 Order on Motion to Dismiss Adversary Proceeding) No. of Notices: 4. Notice Date 11/11/2018. (Admin.) (Entered: 11/11/2018) |