IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

In re: ALEXANDER LOUIS BEDNAR, | BAP No.

Debtor. | Case Number: 15-11916 TRC
| Chapter 7

Alexander L. Bednar          Adv. Proc. No: 18-1096
   Plaintiff
v

Franklin American Mortgage Company
Federal National Mortgage Association
Oklahoma County Sheriff
RCB Bank
   Defendants

## Certificate of Service

I, Alexander Bednar, hereby certify that on November 21, 2018, I served copies of the Notice of Appeal and Statement of Election, the Designation of Record, the Statement of Issues, and this Certificate of Servie on the following person(s) by way of US Mail:

**Oklahoma County District Attorney**
c/o Rod Heggy
320 Robert S Kerr
County Building, 5th Floor
Oklahoma City OK 73102
**Attorney for Oklahoma County Sheriff**

**Don Timberlake**
PO Box 18486
Oklahoma City, OK 73154-0486
**Attorney for Franklin American
and Fannie Mae in state court**

**Scott Kirtley, Esq**
**Riggs Abney Law Firm**
**502 W. 6th Street**
**Tulsa, OK 74119-1010**

**RCB Bank**
300 W. Patti Page
Claremore, OK 74017

/s/ _____
Alexander Bednar / Debtor
15721 Via Bella
Edmond, OK 73013    405 420 9030
bednarconsult@gmail.com