**Dated: February 26, 2019**

**The following is ORDERED:**



Tom R. Cornish
U.S. Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE:<br>ALEXANDER LOUIS BEDNAR,<br><br>                    Debtor. | Case No. 15-11916-TRC<br>Chapter 7 |
| ALEXANDER L. BEDNAR,<br><br>                    Plaintiff, | |
| vs. | Adv. No. 18-01096-TRC |
| FRANKLIN AMERICAN MORTGAGE<br>COMPANY, FEDERAL NATIONAL<br>MORTGAGE ASSOCIATION,<br>OKLAHOMA COUNTY SHERIFF,<br>AND RCB BANK,<br><br>                    Defendants. | |

## ORDER DEFERRING MOTION TO QUASH

Before the Court is Alexander Bednar's Motion to Quash Subpoena to M&T Buchannan, LLC d/b/a Quail Post (Docket Entry 57) filed February 21, 2019. This Court dismissed this case

with prejudice on November 9, 2018. The Order of Dismissal is currently on appeal before the Bankruptcy Appellate Panel of the Tenth Circuit, BAP Appeal No. 18-99.

Fed. R. Bankr. P. 8008 governs motions filed in bankruptcy court for relief that the court lacks authority to grant because of a pending appeal. In accordance with Rule 8008(a)(1), this Court will defer consideration of the Motion to Quash Subpoena pending the outcome of the appeal.

IT IS THEREFORE ORDERED that Alexander Bednar's Motion to Quash Subpoena (Docket Entry 57) is deferred until such time as the appeal is resolved.

The Clerk of Court is directed to transmit a copy of this Order to the Bankruptcy Appellate Panel of the Tenth Circuit.

###