IN THE US BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE Alexander Louis Bednar      CASE 15-11916
           Debtor                              TRC
                                      Adv. Pro. 18-1096

FILED 2019 MAR 15 P 4:25

Alexander L Bednar

v.

Franklin American Mortgage
Federal National Mortgage Assoc
Oklahoma County Sheriffs

and

Alexander Bednar

v.

RCB Bank

## MOTION TO SEAL EXHIBIT ONE TO MOTION FOR STAY FILED TODAY

Comes now Debtor and hereby asks this Court to seal Exhibit 1, the confidential settlement agreement between RCB and Debtor, resulting from mediation overseen by Hon Charles Goodwin. RCB has previously agreed to seal such document in Adv. Proc 15-1248, and signed an agreed order.

Wherefore, Debtor asks this Court to seal Exhibit 1 to the Motion for Stay which is being filed under seal.

— Alex Bednar
Alex Bednar

## NOTICE AND OPPORTUNITY FOR HEARING

YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THIS DOCUMENT CAREFULLY AND CONSULT YOUR ATTORNEY ABOUT YOUR RIGHTS AND THE EFFECT OF THIS DOCUMENT. IF YOU DO NOT WANT THE COURT TO GRANT THE REQUESTED RELIEF, OR YOU WISH TO HAVE YOUR VIEWS CONSIDERED, YOU MUST FILE A WRITTEN RESPONSE OR OBJECTION TO THE REQUESTED RELIEF WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF OKLAHOMA, 215 DEAN A. MCGEE AVENUE, OKLAHOMA CITY, OK 73102, NO LATER THAN 14 DAYS FROM THE DATE OF FILING OF THIS REQUEST FOR RELIEF, UNLESS ORDERED SOONER BY SEPARATE ORDER. YOU SHOULD ALSO SERVE A FILE-STAMPED COPY OF YOUR RESPONSE OR OBJECTION ON THE UNDERSIGNED MOVANT (AND OTHERS WHO ARE REQUIRED TO BE SERVED) AND FILE A CERTIFICATE OF SERVICE WITH THE COURT. IF NO RESPONSE OR OBJECTION IS TIMELY FILED, THE COURT MAY GRANT THE REQUESTED RELIEF WITHOUT A HEARING OR FURTHER NOTICE.

THE 14 DAY PERIOD DESCRIBED ABOVE INCLUDES THE THREE (3) DAYS ALLOWED FOR MAILING PROVIDED FOR IN BANKRUPTCY RULE 9006 (F).

## CERTIFICATE OF SERVICE

Undersigned certifies that on this date the foregoing document was served, via United States Mail, 1st class postage pre-paid, and properly addressed to the following:

Oklahoma County District Attorney
c/o Rod Heggy
320 Robert S Kerr
County Building, 5th Floor
Oklahoma City OK 73102
Attorney for Oklahoma County Sheriff

Don Timberlake
PO Box 18486
Oklahoma City, OK 73154-0486
Attorney for Franklin American
and Fannie Mae in state court

Scott Kirtley, Esq
Riggs Abney Law Firm
502 W. 6th Street
Tulsa, OK 74119-1010

RCB Bank
300 W. Patti Page
Claremore, OK 74017

/s/
Alexander Bednar / Debtor
15721 Via Bella
Edmond, OK 73013    405 420 9030
bednarconsult@gmail.com

11