**Subject:** Re: I am filing a request for expedited hearing before Judge Cornish
**Date:** Tuesday, March 26, 2019 at 4:18:45 PM Central Daylight Time
**From:** Jim Timberlake
**To:** Alex Bednar, Rod Heggy, Remillard, Carri, Scott P. Kirtley
**BCC:** Donald J. Timberlake

I am out of state tomorrow through Friday and out of the country without access to communications from April 1-5. As such, I am unavailable for an expedited hearing prior to April 8.

---

**From:** Alex Bednar <bednarconsult@gmail.com>
**Sent:** Tuesday, March 26, 2019 3:28 PM
**To:** Rod Heggy; Remillard, Carri; Jim Timberlake; Scott P. Kirtley
**Subject:** I am filing a request for expedited hearing before Judge Cornish

Folks,

The BAP procedural rules require that a request for stay be first asked of the bankruptcy court prior to seeking relief in the BAP, and the BAP granted me the ability to do so previously.  Do any of you object to having an expedited hearing on my Motion for Stay pending appeal.  I would like to have Judge Cornish rule on or before April 5, 2019.

Please advise if any of you object to an expedited hearing on or before April 5 2019, given the fact that the BAP has set oral arguments on May 29, 2019.

Thank you.

--
Alexander L. Bednar, J.D., LL.M.
BEDNAR LAW FIRM

IMPORTANT NOTICE.  Information contained in this message may contain privileged and/or sensitive information.   If you are not the intended recipient or have received this communication by accident, please delete immediately.