**Dated: March 28, 2019**

**The following is ORDERED:**



Tom R. Cornish
U.S. Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:
ALEXANDER LOUIS BEDNAR                Case No. 15-11916-TRC
                                       Chapter 7

                   Debtor.

ALEXANDER L. BEDNAR,

                   Plaintiff,

vs.                                    Adv. No. 18-01096-TRC

FRANKLIN AMERICAN MORTGAGE
COMPANY, FEDERAL NATIONAL
MORTGAGE ASSOCIATION,
OKLAHOMA COUNTY SHERIFF,
AND RCB BANK,

                   Defendants.

**ORDER AND NOTICE OF TELEPHONIC HEARING**

Before the Court is the Request for Expedited Hearing Regarding Application for Stay Pending Appeal filed by the Plaintiff on March 26, 2019 requesting a hearing prior to April 5, 2019

(Docket Entry 66). Defendants Federal National Mortgage Association and Franklin American Mortgage Company filed a Response and Objection thereto (Docket Entry 67) stating that their counsel is unavailable during the time requested by Plaintiff. Plaintiff has also filed two Motions to Seal (Docket Entries 63 and 65) and a Motion for Stay, Preliminary Injunction and Sanctions against Fannie Mae and Franklin American (Docket Entry 62). After review of the Request for Expedited Hearing and Defendants' Objection, this Court finds that a telephonic hearing on the Motions to Seal and Motion for Stay should be held April 12, 2019. Any objections or responses to these motions shall also be heard at that time. The Request for expedited hearing in denied.

    IT IS THEREFORE ORDERED that a Telephonic Hearing is hereby set on **Friday, April 12, 2019, at 9:00 a.m. Parties are directed to use the conference call-in number: 888-684-8852; access code: 8488521; security code 1347.**

###