IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| ALEXANDER LOUIS BEDNAR, | ) Case No. 15-11916-TRC |
| | ) Chapter 7 |
| Debtor. | ) |
| | ) |
| ALEXANDER L. BEDNAR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) Adv. No. 18-01096-TRC |
| | ) |
| FRANKLIN AMERICAN MORTGAGE COMPANY; FEDERAL NATIONAL MORTGAGE ASSOCATION; OKLAHOMA COUNTY SHERIFF; AND RCB BANK, | ) ) ) ) |
| | ) |
| Defendants. | ) |

## AMENDED DEFENDANTS, FEDERAL NATIONAL MORTGAGE ASSOCIATION AND FRANKLIN AMERICAN MORTGAGE COMPANY'S RESPONSE AND <u>OBJECTION TO PLAINTIFF'S REQUEST FOR EXPEDITED HEARING</u>

COMES NOW Defendants, Federal National Mortgage Association ("**Fannie Mae**") and Franklin American Mortgage Company ("**Franklin**") (Fannie Mae and Franklin are sometimes collectively referred to herein as "**Defendants**"), by and through its undersigned counsel of record, and respectfully responds to Plaintiff/Debtor, Alexander L. Bednar's ("**Plaintiff**") Request for Expedited Hearing Regarding Application for Stay Pending Appeal [Doc. 66], filed by Plaintiff on March 26, 2019 (the "**Request**").

Plaintiff's Request should be denied. Plaintiff has requested an expedited hearing to which Defendants object. The undersigned emailed Plaintiff informing Plaintiff that he would be out of state March 28th and 29th an out of the country without access to communications until April 8, 2019. *See*, March 26, 2019, Email from Jim Timberlake to Plaintiff, attached hereto as <u>**Exhibit 1**</u>.

1

BT No. 112287

Plaintiff was required to include, but failed to include "[a] statement that the consent of the other parties in interest has been requested, whether such parties consent or object, and the identity of parties consenting or objecting or, if consent was not requested, the reason therefor." OK R USBCTWD Rule 9006-1(A)(4).  The time stamp of the filed Request shows that at the exact same time, 4:18 P.M. on March 26, 2019, the undersigned replied to Plaintiff's email objecting to the Request and notifying Plaintiff that he would be unavailable until April 8, 2019.  *See*, Plaintiff's Request; **Exhibit 1**.  Accordingly, Defendants respectfully request that the Court deny Plaintiff's Request.

## CONCLUSION

For the foregoing reasons, Plaintiff's request for an expedited hearing should be denied.

This 27th day of March, 2019.

BT No. 112287

Respectfully submitted,


    s/Jim Timberlake
Jim Timberlake, OBA # 14945
BAER & TIMBERLAKE, P.C.
4200 Perimeter Center Drive, Suite 100
Oklahoma City, OK 73112
Telephone: (405) 842-7722
Facsimile: (405) 463-6368
jim@baer-timberlake.com
Attorneys for Defendants, Federal National Mortgage Association and Franklin American Mortgage Company

3

BT No. 112287

**CERTIFICATE OF SERVICE**

    This is to certify that I did, on this 9th day of April, 2019, electronically transmit the above and foregoing document, with any and all attachments, to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

    Alexander L. Bednar
    Bednarconsult@gmail.com
    Debtor/Plaintiff-Appellant, Pro Se


    Scott P. Kirtley
    RIGGS, ABNEY
    502 W. 6th St.
    Tulsa, OK 74119
    skirtleyattorney@riggsabney.com
    Attorney for Defendant,
    RBC Bank


    Carri A. Remillard
    Assistant District Attorney
    320 Robert S. Kerr Ave., Ste. 505
    Oklahoma City, OK 73102
    Carri.remillard@oklahomacounty.org
    Attorneys for Defendant,
    Oklahoma County Sheriff

                                          /s Jim Timberlake_____

BT No. 112287